**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Hady Traore                                    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-12277 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-2 and index same on the master mailing list.

                                                      Respectfully submitted,

/s/ *Denise Carlon*
PA Eastern BK
09 Jul 2024, 11:52:34, EDT

                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322

Document ID: a814e5ec9eeefee4a2da9d6de3f812ec454bcb84a9967d45e3011dc677c9d4f7