IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE:  Hady Traore                                                                : CHAPTER 13
                                                                 : NO. 24-12277
    Debtor

**ORDER**

AND NOW, this 19th     day of July, 2024 it is hereby ORDERED that the Motion to Extend Time to File Schedules and Other Documents is GRANTED.  Debtor shall have until July 29, 2024 to file all documents necessary to complete the Chapter 13 case.

_____
ASHELY M. CHAN, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT