United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Hady Traore  
    Debtor

Case No. 24-12277-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 1  
Date Rcvd: Jul 19, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2024:**

**Recip ID**      **Recipient Name and Address**  
db      +   Hady Traore, 7120 Guyer Ave., Philadelphia, PA 19153-2406

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2024 at the address(es) listed below:

**Name**      **Email Address**

DENISE ELIZABETH CARLON  
     on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2004-2 bkgroup@kmllawgroup.com

KENNETH E. WEST  
     ecfemails@ph13trustee.com philaecf@gmail.com

SHARON S. MASTERS  
     on behalf of Debtor Hady Traore shmasters@hotmail.com G65312@notify.cincompass.com

United States Trustee  
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE:  Hady Traore                                                        : CHAPTER 13
                                                                                                                   : NO. 24-12277
   Debtor

**ORDER**

AND NOW, this 19th     day of July, 2024 it is hereby ORDERED that the Motion to Extend Time to File Schedules and Other Documents is GRANTED.  Debtor shall have until July 29, 2024 to file all documents necessary to complete the Chapter 13 case.

_____
ASHELY M. CHAN, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT