## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Hady Traore

Debtor(s)

Case No: 24−12277−amc

Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the first & second installment payment for a total amount of $160.00.

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 10/22/24

at: 10:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Timothy B. McGrath
Clerk of Court

Dated: September 30, 2024

26
Form 175